UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | |
| KENNETH JAMES ROSELLINI | : | 8:23-cv-2710(RMB) |
| An Attorney-at-Law | : | ORDER TO SHOW CAUSE |

    This Court having received notice that public discipline, consisting of disbarment, or temporary or permanent suspension, has been imposed upon KENNETH JAMES ROSELLINI ("respondent"), by the Supreme Court of New Jersey or by another court of the United States or the District of Columbia, or by a court of another state, territory, commonwealth or possession of the United States, effective November 14, 2023, for reason other than conviction of a crime, governed by L. Civ. R. 104.1(a),

    And good cause appearing,

    It is on this 17th day of November, 2023,

    ORDERED, pursuant to L. Civ. R. 104.1(b) and Standing Order 2023-01, that respondent show cause, in writing, on or before December 18, 2023 why the imposition of identical, reciprocal discipline by this Court would be unwarranted and the reasons therefor.

    Should the respondent desire to file a written response, he or she must do so at least 10 days before the return date of the Order to Show Cause ("OSC"). No oral argument will be held unless

so ordered by the Court.

Upon the failure of the respondent to timely respond by the return date of the OSC, this Court shall enter an Order imposing reciprocal discipline upon the respondent and shall change his/her bar membership record with this Court and deactivate his/her CM/ECF Filing User account with this Court.

IT IS FURTHER ORDERED, that should the respondent be disbarred or suspended by this Court through the imposition of reciprocal discipline, his or her reinstatement shall be governed by the provisions of L. Civ. R. 104.1(g).

_____
Hon. Renée Marie Bumb,
Chief U.S. District Judge